IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACKIE WILLIAMS SIMPSON,
REPRESENTATIVE DENISE ENNETT,
WANDA KING, CHARLES E. BOLDEN,
SENATOR LINDA CHESTERFIELD, and
DR. ANIKA WHITFIELD
                                                                                                  PLAINTIFFS

v.                              No. 4:22-CV-213-JM-DRS-DPM

ASA HUTCHINSON, in his official capacity
as Governor of the State of Arkansas;
JOHN THURSTON, in his official capacity
as the Arkansas Secretary of State; and the
STATE OF ARKANSAS
                                                                                                  DEFENDANTS

## ORDER

Plaintiffs have requested a three-judge panel in this action pursuant to 28 U.S.C. § 2284, which requires the convention of a three-judge panel to hear certain actions challenging the apportionment of congressional districts. Defendants do not oppose the request. (Doc. No. 8). Accordingly, a three-judge panel will be convened. The Court has notified Chief Judge Lavenski R. Smith of the United States Court of Appeals for the Eighth Circuit, and Chief Judge Smith has notified the Court that Circuit Judge David R. Stras and District Chief Judge D.P. Marshall Jr. have been designated to serve on a three-judge panel, along with the undersigned.

The Court orders the parties to confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and submit a report by April 28, 2022.

IT IS SO ORDERED, this 29th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE