# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JACKIE WILLIAMS SIMPSON**, *et al.*,                                                          **PLAINTIFFS**,

**v.**            **Case No. 4:22-cv-00213-JM (three-judge court)**

**ASA HUTCHINSON**, *et al.*,                                                                         **DEFENDANTS**.

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(1), (6), and for the reasons stated in Defendants' brief in support of Defendants' motion to dismiss, Defendants respectfully request that this Court dismiss Plaintiffs' complaint with prejudice.

Dated: April 12, 2022

Respectfully submitted,

LESLIE RUTLEDGE
  Arkansas Attorney General
NICHOLAS J. BRONNI (2016097)
  Solicitor General
DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
(501) 682-2591 (fax)
Dylan.Jacobs@arkansasag.gov

*Counsel for Defendants*