IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS'
CENTRAL DIVISION

**JACKIE WILLIAMS SIMPSON *ET AL***                          **PLAINTIFFS**

**V.**           **No. 4:22-CV-213-JM-DRS-DPM**

**ASA HUTCHINSON *ET AL***                                **DEFENDANTS**

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Come the Plaintiffs, and for their Response to the Defendants' Motion to Dismiss, state that they deny that the Defendants are entitled to a dismissal of the Complaint. Plaintiffs submit a Brief filed contemporaneously herewith in support of their Response.

                                            Respectfully submitted,

                                            Richard H. Mays
                                            Ark. Bar No. 61043
                                            Attorney for Plaintiffs
                                            **RICHARD MAYS LAW FIRM PLLC**
                                            2226 Cottondale Lane – Suite 210
                                            Little Rock, AR 72202
                                            Tel: 501-891-6116
                                            E-mail: rmays@richmayslaw.com
                                                                 njackson@richmayslaw.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above and foregoing document has been served upon counsel of record for the Defendants by the Court's ECF system. Counsel for Plaintiffs is unaware of any attorney or party to this action who require service by other means.

Date:  May 9, 2022                                                        /s/    Richard H. Mays
                                                                 Richard H. Mays