# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS'
# CENTRAL DIVISION

**JACKIE WILLIAMS SIMPSON *ET AL***                          **PLAINTIFFS**

**V.**                  **No. 4:22-CV-213-JM-DRS-DPM**

**JOHN THURSTON, in his official capacity**
As Secretary of State of the State of Arkansas                 **DEFENDANT**

## PLAINTIFFS' RESPONSE TO
## DEFENDANT'S MOTION TO DISMISS
## FILED DECEMBER 16, 2022

      Come the Plaintiffs, and for their Response to the Defendant, John Thurston's, Motion to Dismiss, state that they deny that the Defendant is entitled to a dismissal of the Complaint for the reasons contained in the Brief In Support of Plaintiffs' Response to Motion to Dismiss filed contemporaneously herewith.

                                         Respectfully submitted,

                                         Richard H. Mays
                                         Ark. Bar No. 61043
                                         Attorney for Plaintiffs
                                         RICHARD MAYS LAW FIRM PLLC
                                         2226 Cottondale Lane – Suite 210
                                         Little Rock, AR 72202
                                         Tel: 501-891-6116
                                         E-mail: rmays@richmayslaw.com
                                                    njackson@richmayslaw.com

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that on the date of filing of this Response to Motion to Dismiss, a copy of the same was served upon counsel of record for the Defendant by and through the Court's electronic filing and service system, and by electronic mail addressed to:

> Dylan L. Jacobs, Esq.
> Deputy Solicitor General
> Office of the Arkansas Attorney General
> 323 Center Street, Suite 200
> Little Rock, AR 72201
> Dylan.Jacobs@arkansasag.gov

Dated:  December 26, 2022.                  */s/  Richard H. Mays*
                                                                          Richard H. Mays