IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

No. 4:22-cv-213

Jackie Williams Simpson; Representative Denise Ennett; Wanda King; Charles E. Bolden; Senator Linda Chesterfield; Dr. Anika Whitfield

Plaintiffs,

v.

Asa Hutchinson, in his official capacity as Governor of the State of Arkansas; John Thurston, in his official capacity as the Arkansas Secretary of State; State of Arkansas

Defendants.

**Judgment**

Plaintiffs' claims against the State of Arkansas are dismissed without prejudice. All other claims are dismissed with prejudice this 25th day of May, 2023.

_____
David R. Stras
Circuit Judge

_____
James M. Moody Jr.
District Judge

_____
D.P. Marshall Jr.
Chief District Judge