IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JACKIE WILLIAMS SIMPSON, REPRESENTATIVE DENISE ENNETT, WANDA KING, CHARLES E. BOLDEN, SENATOR LINDA CHESTERFIELD, And DR. ANIKA WHITFIELD<br><br>**Plaintiffs,**<br><br>v.<br><br>**JOHN THURSTON, in his official capacity as the Arkansas Secretary of State, and the STATE OF ARKANSAS,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>Case No: 4:22-cv-213<br><br>**REQUEST FOR THREE-JUDGE PANEL (28 U.S.C. §2284)** |

## NOTICE OF APPEAL

Come the Plaintiffs, Jackie Williams Simpson, Representative Denise Ennett, Wanda King, Charles E. Bolden, Senator Linda Chesterfield, and Dr. Anika Whitfield, by their attorney, Richard H. Mays, pursuant to Rule 18 of the Rules of the Supreme Court of the United States, who hereby give Notice of their Appeal of the Memorandum Opinion and Order entered herein on May 25, 2023; and in furtherance of such Notice, state:

1

1. The parties taking this appeal are the Plaintiffs, Jackie Williams Simpson, Arkansas State Representative Denise Ennett, Wanda King, Charles E. Bolden, Arkansas State Senator Linda Chesterfield, and Dr. Anika Whitfield.

2. The judgment or Order appealed from and the date of entry of such Order are the Memorandum Opinion and Order of the three-judge panel entered as Document 44 in this case on May 25, 2023.

3. The statute or statutes under which the appeal is taken are: 52 U.S.C.A §10101(g) (Voting Rights); and 28 U.S.C.A. § 1253 (Direct appeals from decisions of three-judge courts). The constitutional provisions and statutes upon which the appeal is based include: The Equal Protection Clause of the 14th Amendment to the U.S. Constitution; the 15th Amendment to the U.S. Constitution; Section 2(a) of the Voting Rights Act, 52 U.S.C. § 10301(a) et seq.; and Article 2, Section 3 of the Constitution of the State of Arkansas.

        Respectfully submitted,

        Richard H. Mays
        Ark. Bar No. 61043
        **RICHARD MAYS LAW FIRM PLLC**
        2226 Cottondale Lane – Suite 210
        Little Rock, AR 72202
        Tel: (501) 891-6116
        Email: rmays@richmayslaw.com
        njackson@richmayslaw.com

(Richard H. Mays is a member of the Bar of the United States Supreme Court, having been admitted to that Bar on April 28, 1969.)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the date of the filing of this Notice of Appeal, a copy thereof was served on counsel of record for the Defendant through the Court's ECF electronic service system, and by electronic mail addressed to:

>Nicholas J. Bronni, Esq.
>Solicitor General
>Dylan L. Jacobs, Esq.
>Deputy Solicitor General
>**Office of the Arkansas Attorney General**
>323 Center Street – Suite 200
>Little Rock, AR 72201
>*Dylan.Jacobs@arkasnasag.gov*

Dated: June 12, 2023.                              */s/  Richard H. Mays*
                                                                    Richard H. Mays