# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 30, 2023

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 06 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

Clerk
United States District Court Eastern District of Arkansas
600 W Capitol Ave, Rm A149
Little Rock, AR 72201

Re: Jackie Williams Simpson, et al.
v. John Thurston, Arkansas Secretary of State
No. 23-138
(Your No. 4:22-cv-00213-JM-DRS-DPM)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court August 11, 2023 and placed on the docket August 15, 2023, as No. 23-138.

Sincerely,

Scott S. Harris, Clerk

by
Emily Walker
Case Analyst



OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
08/15/2023
US POSTAGE $000.63
ZIP 20543
041M11120601

NIXIE    722   FE 1    0008/21/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 205430001    *0231-07269-16-44